CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 20 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHAUNCEY A. WILLIAMS,<br>　　Petitioner, | ) )　) | Civil Action No. 7:07cv00292 |
| v. | ) ) | **FINAL ORDER ADOPTING<br>REPORT AND RECOMMENDATION** |
| MS. BAYS, et al.,<br>　　Defendant | ) ) ) | By: Samuel G. Wilson<br>United States District Judge |

　　Chauncey A. Williams, brings this suit pursuant to 42 U.S.C. § 1983; the Religious Freedom Restoration Act, 42 U.S.C. §§ 200bb et seq.; and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc et seq, alleging that the defendants violated his constitutional and statutory rights by suspending him from his job for breaking his Ramadan fast and by removing his name from the list of participants observing the month of Ramadan. Defendants moved for summary judgment and the court referred the matter to United States Magistrate Judge Michael F. Urbanski for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge subsequently filed a report, finding that Williams failed to properly exhaust all available administrative remedies for his claims, as required by 42 U.S.C. § 1997e(a), and recommending that the court grant defendants' motion for summary judgment. Williams filed objections within the ten days allotted under 28 U.S.C. § 636(b), largely reiterating the arguments made in his pleadings. Having reviewed the Report and Recommendation, the objections thereto, and pertinent portions of the record de novo in accordance with 28 U.S.C. § 636(b)(1), the court agrees with the Magistrate Judge's recommendation.

　　Accordingly, it is hereby **ORDERED** and **ADJUDGED** that Williams' objections are **OVERRULED**; the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; the court dismisses plaintiff's claims against the defendants; and this matter is **STRICKEN** from

the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

**ENTER:** This 20th day of December, 2007.

_____
United States District Judge